IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARQUIS RAMEY, | : | CIVIL ACTION |
| *Petitioner* | : | |
| v. | : | |
| | : | |
| ROBERT MERSH *et al.*, | : | No. 21-2140 |
| *Respondents* | : | |

### ORDER

AND NOW, this 13th day of January 2021, upon careful and independent consideration of Petitioner Marquis Ramey's Petition for Writ of Habeas Corpus (Doc. No. 1), the Respondents' Response to the Petition (Doc. No. 5), Magistrate Judge Richard A. Lloret's Report and Recommendation (Doc. No. 8), and Mr. Camacho's Objection to the Report and Recommendation (Doc. No. 9), and for the reasons given in the accompanying Memorandum, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE